THE HONORABLE THERESA L. FRICKE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANNETTE HOPKINS, | Case No. 2:20-cv-01050-RAJ-TLF |
| Plaintiff, | NOTICE OF SETTLEMENT |
| vs. | |
| ETHICON, INC. and JOHNSON & JOHNSON, | |
| Defendants. | |

Plaintiff Annette Hopkins and Defendants Ethicon, Inc. and Johnson & Johnson jointly submit this Notice of Settlement and hereby inform the Court as follows:

1. Plaintiff has reached an agreement with Defendants to resolve all of her claims in this action.

2. The parties are in the process of finalizing a settlement agreement but need approximately 75 days to complete this process. After finalizing the settlement agreement, the parties will file a stipulated motion to dismiss this action. If the parties have not file dismissal papers within 75 days of this Notice, the parties will file a Joint Status Report to advise the Court on the status of settlement.

NOTICE OF SETTLEMENT- 1
(Case No. 2:20-cv-01050-RAJ-TLF)

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

3. Based on the foregoing, the parties respectfully request that the Court temporarily suspend and stay all further proceedings and deadlines in this action.

DATED this 18th day of May, 2021.

**CALFO EAKES LLP**

By   *s/ Angelo J. Calfo*
   Angelo J. Calfo, WSBA# 27079
   Patricia A. Eakes, WSBA# 18888
   1301 Second Avenue, Suite 2800
   Seattle, WA  98101
   Phone: (206) 407-2210
   Fax: (206) 407-2224
   Email:   angeloc@calfoeakes.com
            pattye@calfoekes.com

**BUTLER SNOW, LLP**

By *s/Anita Modak-Truran*
   Anita Modak-Truran (*pro hac vice*)
   150 3rd Avenue, Suite 1600
   Nashville, TN 37201
   Phone: (615) 651-6751
   Email: Anita.Modak-Truran@butlersnow.com

*Attorneys for Defendants Johnson & Johnson and Ethicon, Inc.*

**CORRIE YACKULIC LAW FIRM, PLLC**

By s*/Corrie Johnson Yackulic*
   Corrie Johnson Yackulic, WSBA# 16063
   110 Prefontaine Place South, Suite 304
   Seattle, WA  98104
   Phone:  (206) 787-1915
   Fax:  (206) 299-9725
   Email: corrie@cjylaw.com

-and-

NOTICE OF SETTLEMENT- 2
(Case No.  2:20-cv-01050-RAJ-TLF)

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

**JOHNSON LAW GROUP**

By <u>s/*Allison Whitten*</u>
    Allison Whitten, (*Pro Hac Vice*   )
    2925 Richmond Ave., Suite 1700
    Houston, TX  77098
    Phone:  (713) 626-9336
    Fax:  (800) 731-6018
    Email: awhitten@johnsonlawgroup.com

*Attorneys for Plaintiff Annette Hopkins*

NOTICE OF SETTLEMENT- 3
(Case No.  2:20-cv-01050-RAJ-TLF)